NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR PARTY, OR NAME,
ADDRESS & INMATE ID # OF PETITIONER IF PETITIONER IS PRO PER

ATTORNEYS FOR:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER |
|---|---|
| Petitioner, | |
| v. | |
| | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE (STATE /FEDERAL HABEAS CASE)** |
| Respondent. | |

**I        NOTICE OF A MAGISTRATE JUDGE'S AVAILABILITY**

1.    A magistrate judge is available under 28 U.S.C. § 636 ( c) to conduct all proceedings in this case, including dispositive matters, and entry of final judgment.  However, a magistrate judge can be assigned to rule on dispositive matters only if all parties voluntarily consent.

2.    You are free to withhold consent to magistrate judge jurisdiction.

3.    If both parties consent to have a magistrate judge decide the case, either party may appeal directly to the Ninth Circuit Court of Appeals, as if a district judge had decided the matter.

4.    If both parties do not consent to have a magistrate judge decide the case, the assigned magistrate judge will continue to decide all non-dispositive matters, and will issue a Report and Recommendation to the district judge as to all dispositive matters.

**II        CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

I voluntarily consent to have a United States Magistrate Judge conduct all further proceedings in this case, decide all dispositive and non-dispositive matters, and order the entry of final judgment.

Name of Counsel **OR** Party if Pro Per             Signature and date                    Counsel for (Name Party)

_____        _____        _____

_____        _____        _____

**III        NOTICE TO COUNSEL FROM CLERK**

All parties having consented to proceed before the assigned magistrate judge, please specify the case number as _____ on all documents subsequently filed in this case.

CV-11B (01/09)   **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE (STATE/FEDERAL  HABEAS CASE)**