J S - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **MILAD MEHRI ALLAHYARI,** | ) | **NO. 5:26-cv-00919-SSS-KS** |
| **Petitioner,** | ) | |
| **v.** | ) | **JUDGMENT** |
| **D. MARIN et al.,** | ) | |
| **Respondents.** | ) | |

IT IS ADJUDGED that the Petition is DENIED and the case is hereby DISMISSED WITH PREJUDICE.

DATED: June 4, 2026

_____
HON. SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE